**Order entered June 2, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00299-CV

**HERITAGE NUMISMATIC AUCTIONS, INC. D/B/A HERITAGE AUCTIONS, Appellant**

**V.**

**HUGH STIEL, Appellee**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-09220**

## ORDER

We **GRANT** appellant's May 27, 2016 motion to extend time to file its brief and

**ORDER** the brief filed on or before June 15, 2016.

/s/    CRAIG STODDART
         JUSTICE